ACCEPTED
02-15-00231-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
7/31/2015 2:13:36 PM
DEBRA SPISAK
CLERK

Frank A. Adams

Frank M. Adams
(1915-1990)



THE LAW OFFICES OF
ADAMS & ADAMS

FRANK A. ADAMS, P.C.
*A Texas Professional Corporation*
*dba The Law Offices of Adams & Adams*

P.O. Drawer 7869
Beaumont, Texas 77726-7869

3280 Delaware Street
Beaumont, Texas 77703
(409) 899-1900
Fax: (409) 892-3903
Email: frankadamspc@yahoo.com

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
07/31/2015 2:13:36 PM
DEBRA SPISAK
Clerk

July 31, 2015

Ms. Debra Spisak
Clerk of the Court of Appeals
2nd Court of Appeals
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196-2011

Re:   Tolpo v. Denny
      COA Cause No.: 02-15-00231
      Trial Court Cause No.:   1403723-362

Dear Clerk:

The appellant in the above-reference case objects to mediation for the following reason.

The Appellant, Norman Tolpo is in poor health and can barely walk.   Since the case involves ownership of a single piece of real estate he does not believe it will settle at mediation and prefers the appeal route.   The appellee is very wealthy and would see the mediation cost the appellant money he cannot afford and travel that would physically exhaust him.

Yours truly,

Frank A. Adams
Attorney for Norman Clarence Tolpo